JS - 6

# UNITED  STATES  DISTRICT  COURT

## FOR  THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LYNN ALEXANDER,  ) | CASE NO.  SACV 11-0798-DOC(ANx) |
| Plaintiff(s),  ) | |
| V.  ) | ORDER DISMISSING CIVIL ACTION |
| THE PRUDENTIAL INSURANCE ) COMPANY OF AMERICA, ETC., ET ) AL.,  ) | |
| Defendant(s).  ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:     October 5, 2012

_David O. Carter_

_____

DAVID O. CARTER
United States District Judge